SCOTT ET AL., APPELLANTS, *v.* SPEARMAN, APPELLEE.

[Cite as *Scott v. Spearman* (1997), 79 Ohio St.3d 1215.]

(No. 96–963—Submitted June 11, 1997—Decided July 30, 1997.)

---

*Bricker & Eckler, Drew H. Campbell* and *Michael D. Smith,* for appellants.

*William C. Hayes* and *W. Scott Hayes,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.